ATTORNEY GRIEVANCE COMMISSION   *   IN THE
OF MARYLAND                 COURT OF APPEALS
                        *   OF MARYLAND
          Petitioner,

                        *   Misc. Docket AG No. _59_

v.
                        *   September Term, 2014

LEONARD S. BLONDES
                        *

          Respondent.

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16-722, in which Respondent admits he committed professional misconduct in violation of Rules 1.15 and 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct, it is this _7th_ day of __November__, 2014,

ORDERED, that Respondent, Leonard S. Blondes., be and he is hereby disbarred from the practice of law in the State of Maryland, such disbarment to become effective sixty (60) days from the date of this Order; and it is further

ORDERED, that the sixty (60) days prior to effective date of the disbarment shall be used by Leonard S. Blondes exclusively to conclude ongoing client matters and to take steps necessary to protect the interest of his clients; and it is further

ORDERED, that sixty (60) days from the date of entry of this Order, the Clerk of this Court shall remove the name of Leonard S. Blondes from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Glenn T. Harrell, Jr.
Senior Judge